# APPLICATION and CERTIFICATE for PAYMENT

| To: | International Contractors, Inc<br>977 South Route 83<br>Elmhurst, IL 60126 | Project: | Wal-Mart # 1635<br>Les Paul Parkway & West Avenue<br>Waukesha, WI 53189 | Application No: | 2 | Distribution to:<br>☒ OWNER<br>☐ CONSTRUCTION MGR.<br>☐ ARCHITECT<br>☐ CONTRACTOR<br>☐ OTHER |
|---|---|---|---|---|---|---|
| From: | Robinson Roofing<br>129 Commercial Drive Unit#4<br>Yorkville, Illinois 60560 | | | App. Date: | April 24, 2010 | |
| | | | | Period to: | April 30, 2010 | |
| | | | | Project Nos: | 841 | |
| Contract For: | Roofing Work | Via Architect: | The Benham Companies LLC | Contract Date: | December 17, 2009 | |

**RECEIVED APR 28 2010** — Int'l Contractors, Inc.

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | 497,000.00 |
| 2. Net Change By Change Orders | | 0.00 |
| 3. CONTRACT SUM TO DATE | | 497,000.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE | | 482,232.68 |
| 5. RETAINAGE: | | |
|   a. 10% of Completed Work | 48,223.27 | |
|   b. 10% of Stored Material | 0.00 | |
|   TOTAL RETAINAGE | | 48,223.27 |
| 6. TOTAL EARNED LESS RETAINAGE | | 434,009.39 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | 365,895.98 |
| 8. CURRENT PAYMENT DUE | | 68,113.41 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | 62,990.61 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Robinson Roofing

By: _(signature)_ Lewie Robinson JR     Date: April 24, 2010

State of: Illinois     County of: Kendall

Subscribed and sworn before me this 24th day of April 2010

Lewie Robinson JR personally appeared before me, the undersigned Notary Public, and provided satisfactory evidence of identification to be the person who signed this document in my presence and swore or affirmed to me that the contents of this document are true and accurate to the best of his/her knowledge and belief.

Notary Public: _(signature)_     My Commission expires: 10/8/12

**OFFICIAL SEAL**

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED _____

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $ 0.00 | $ 0.00 |
| NET CHANGES by Change Order | $ 0.00 | |

**EXHIBIT A**

TANGO SOFTWARE http://www.tango.net ©1996-2008 ALL RIGHTS RESERVED

CONTINUATION SHEET G703  PROJECT: Wal-Mart # 1635      Robinson Roofing                                    Page 1 of 1

Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing     APPLICATION NUMBER: 2
Contractor's signed Certification is attached.

Use Column I on Contracts where variable retainage for line items may apply.                APPLICATION DATE: April 24, 2010
                                                                                            PERIOD TO: April 30, 2010
                                                                                            PROJECT NUMBER: 841

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| Item # | Description of Work | Scheduled Value | Work Completed | | Materials Stored & Used Prior + Current | Total Completed and Stored To Date | % | Balance to Finish | Retainage |
| | | | From Previous Application(s) | This Period | | | | | |
| 1 | Labor | 98,448.91 | 60,000.00 | 23,681.57 | | 83,681.57 | 85.00 | 14,767.34 | 8,368.16 |
| 2 | Material - Insullation Plus | 346,551.09 | 346,551.09 | | | 346,551.09 | 100.00 | 0.00 | 34,655.11 |
| 3 | Material - Wiess Brook Sheet Metal | 52,000.00 | | 52,000.00 | | 52,000.00 | 100.00 | 0.00 | 5,200.00 |
| | GRAND TOTAL: | 497,000.00 | 406,551.09 | 75,681.57 | | 482,232.66 | 97.03 | 14,767.34 | 48,223.27 |

A=Line Item Number        B=Brief Item Description       C=Total Value of Item       D=Total of D and E From Previous Application(s) (if Any)     E=Total Work Completed For This Application
F=Materials Purchased and Stored for Project   G=Total of All Work Completed and Materials Stored for Project    H=Remaining Balance of Amount to Finish     I=Amount Withheld from G

FORGO SOFTWARE MFG www.forgo.net 1996-2004 ALL RIGHTS RESERVED

## PARTIAL WAIVER OF LIEN AND CONTRACTOR'S AFFIDAVIT

*STATE OF ILLIONIS*
*TO ALL WHOM IT MAY CONCEN:*

WHEREAS, the undersigned has been employed by International Contractors, Inc
To furnish roofing labor and material.

For the premise known as Wal-Mart # 1635 les Paul Parkway & West Avenue Waukesha, WI 53189
Of which Wal-Mart Stores, Inc. is the owner.

The undersigned, for and in consideration of Sixty-Eight Thousand One Hundred Thirteen Dollars and 41/100 ($68,113.41) dollars and other goods and valuable considerations, the receipt whereof is hereby acknowledged, does hereby waive and release any and all lien or claim of, or right to lien under the State of Illinois relating to mechanics' liens, with respect to and on said above described premises, and the improvements thereon and on the material, fixtures, apparatus of machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of labor, services, material, fixtures, apparatus or machinery heretofore furnished, or which may be furnished at any time hereafter, by the undersigned for the above-described premises, INCLUDING EXTRAS*.

That the total amount of the contract including extras* is $497,000.00, on which he or she has received payment of $365,895.98, prior to this payment.

That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defeat the validity of said waivers. THAT THE FOLLOWING ARE THE ADDRESSES OF ALL PARTIES WHO HAVE FURNISHED MATERIALS OR LABOR, OR BOTH, FOR SAID WORK and the amount due or to because due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAME & ADDRESS | WHAT FOR | CONTRACT PRICE INCLUDING EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| Robinson Construction Inc. | Labor | $98,448.91 | $54000.00 | $21313.41 | $23,135.50 |
| Insulation Plus | Material | $346551.09 | $311,895.98 | $0.00 | $34,655.11 |
| Wiess Brook | Sheet Metal | $52,000.00 | $0.00 | $46,800.00 | $5,200.00 |
|  |  |  |  |  |  |

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done in connection with said work other than above stated.

COMPANY: *Robinson Roofing*
ADDRESS: 129 Commercial Drive Unit#4.
CITY, ST ZIP: Yorkville, Illinois 60560

DATED: 4/24/2010    SIGNATURE & TITLE:

SUBCRIBED AND SWORN BEFORE ME THIS ___24th___ DAY OF April, 2010

NOTARY PUBLIC: April Molina

OFFICIAL SEAL
APRIL MOLINA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES OCTOBER 8, 2012