**FILED**
MAY 24 2010
5-24-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

09cv5914    09cv5914 MHH

(6/30/08) CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation Issued:  _____   Court Date: 5/20/10
Defendant's Name: Robinson Roofing   SS No. xxx-xx-_____   Case No. 09C5914
Judgment Balance: _____

This is a Citation: Freeze up to double the Judgment Balance.

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☐ Yes ☒ No

   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☐ No

   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

   *IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

4.                                           ACCOUNT BALANCE        AMOUNT WITHHELD
   A) Savings Account                        $ _____         $ _____
   B) Check/MMA/Now Account                  $ _____         $ _____
   C) Certificate of Deposit                 $ _____         $ _____
   D) Trust Account/Other                    $ _____         $ _____
      (Describe) _____
   E) Safety Deposit    ☐ Yes ☐ No                                   no accts.
   F) Land Trust No. _____
   G) Less Right of Offset for Loans                                 $ _____
                            TOTAL AMOUNT FROZEN:                     $ 0

5. List all electronic deposits into account(s) and their source(s) except deposits:

   Account Number          Source                    Monthly Amount
   _____       _____                 $ _____
   _____       _____                 $ _____
   _____       _____                 $ _____

6. List all joint account holders or adverse claimants:

   Name _____    Name _____    Name _____
   Address _____  Address _____  Address _____

   Account Type ☐ Checking ☐ CD Savings    Account Type ☐ Checking ☐ CD Savings    Account Type ☐ Checking ☐ CD Savings
   ☐ Account Number _____          ☐ Account Number _____          ☐ Account Number _____

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 5/14/10                           Print Agent Name: **Edith Walker**

Respondent Name: Bank of America
                 Legal Order Processing    Signature of Agent: _Edith Walker_
Address:         5701 Horatio Street
                 Utica, NY 13502
Telephone:       NY7-501-02-07                              Phone 315.738.5630
                                                            Fax 617.310.2751
FAX: _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS