## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 09cv5914     Assigned/Issued By: MGH

Judge Name: KENDALL     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies –_____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons     ☐ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
☑ Citation to Discover Assets     *(Victim, Against and $ Amount)*
☐ Writ _____     ☐ Other _____
(Type of Writ)     _____
     *(Type of issuance)*

1  Original and 1  copies on 2/21/12  as to LEWIE ROBINSON
(Date)
(NO NOTICE)